**FILED**

08/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0166

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | Cause No. DA-22-0166 |
| | ) | |
| Plaintiff and Appellee, | ) | ORDER FOR THIRD 30 DAY |
| v. | ) | EXTENSION TO FILE OPENING |
| | ) | BRIEF |
| DAKOTA SCHLICHENMAYER, | ) | |
| | ) | |
| Defendant and Appellant. | ) | |

Upon review of the Appellant's Motion for Third 30 day Extension to file Opening Brief due to conflicting calendar events, and good cause therefrom:

It is hereby Ordered the 30-day extension has been GRANTED. Appellant has until September 14, 2022, to file the Opening Brief.

_____
Supreme Court Justice

cc: Jami Rebsom
    Montana Attorney General's Office

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2022